ARTHUR J. CASEY [SBN. 123273]
  *ajc@robinsonwood.com*
DONALD P. GAGLIARDI [SBN. 138979]
  *dpg@robinsonwood.com*
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California  95113
Telephone:    (408) 298-7120
Facsimile:    (408) 298-0477

PETER J. GLEEKEL [Pro Hac Vice]
LARSON ♦ KING, LLP
30 East Seventh Street, Suite 2800
St Paul, MN  55101
Telephone:  (651) 312-6543
Facsimile:   (651) 312-6618

Attorneys for Plaintiff
FIREPOWER MARKETING, INC. dba
ROYALTY REWARDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREPOWER MARKETING, INC. dba ROYALTY REWARDS,<br><br>        Plaintiff,<br><br>vs.<br><br>VARINODE, INC. fka ROYALNOTE, INC.,<br><br>        Defendant. | Case No.  15-CV-04011<br><br>FINAL JUDGMENT AND INJUNCTION WITH CONSENT |

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

15-CV-04011

FINAL JUDGMENT AND INJUNCTION WITH CONSENT

1       Plaintiff Firepower Marketing, Inc. ("Plaintiff") and defendant Varinode, Inc. fka RoyalNote,

2 Inc. ("Defendant") in the above-captioned action having agreed upon the basis for settlement of the

3 matters averred in Plaintiff's Complaint, without trial or adjudication of the issues, and having

4 stipulated that a consent judgment in the form herein set forth be entered, it is hereby

5      **ORDERED, ADJUDGED AND DECREED:**

6      1.    This Court has jurisdiction over the parties and over Plaintiff's claims relating to

7 Trademark Infringement and Unfair Competition, which are the subject matter of this action, under

8 the Lanham Act, 15 U.S.C. § 1051, *et seq.*, and California Code § 17200, *et seq.*

9      2.    Plaintiff is the record owner of the following Trademark Registrations at the United

10 States Patent and Trademark Office, which registrations are presently outstanding and validly

11 subsisting:

| <u>Mark</u> | <u>U.S. Registration No.</u> |
|---|---|
| ROYALTY REWARDS® | No. 3,843,965 |
| ROYALTY REWARDS MAGIC WAND® | No. 3,771,465 |



No. 3,947,489

No. 3,947,726

21      3.    On August 21, 2012, Defendant filed a Federal Trademark Application for the mark

22 RoyalNote which was assigned Application No. 851/709,443 (the "RoyalNote Application").

23      4.    On or before five days of the date of this Consent Judgment, Defendant will expressly

24 abandon with prejudice the RoyalNote Application. Defendant will not refile the RoyalNote

25 Application.

FINAL JUDGMENT AND INJUNCTION WITH CONSENT

15-CV-04011

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

5.     Defendant, its subsidiaries, affiliates, sister companies, franchisees, licensees, directors, shareholders, officers, agents, servants, employees, attorneys, and all others in active concert or participation with Defendant are permanently enjoined and restrained from:

    a.  Using the mark ROYALNOTE, or any confusingly similar designation alone or in combination with other words or designs as trademark, trade name, component, or otherwise to market, advertise, or identify services for the promotion of goods and services of others or any goods and services related thereto;

    b.  Using the mark ROYALNOTE, or any confusingly similar designation alone or in combination with other words or designs as trademark, trade name, component, or otherwise to market, advertise, or identify services to unfairly compete with Firepower in any matter whatsoever;

    c.  Using the mark ROYALNOTE, or any confusingly similar designation alone or in combination with other words or designs as trademark, trade name, component, or otherwise to market, advertise, or identify services to commit any other act that infringes Firepower's ROYALTY REWARDS® mark or constitutes an act of trademark or service mark infringement, contributory infringement, trademark dilution, or unfair competition under federal common law or California state law.

6.     Defendant is required to take down the RoyalNote website that displays the ROYALNOTE mark, within 30 days of this order, and deliver up, or cause to be delivered up, for destruction all labels, signs, prints, packages, wrappers, cards, receptacles, advertisements, and all other materials in Defendant's possession or control that infringe Firepower's ROYALTY REWARDS® mark.

7.     If Defendant violates this Judgment, Defendant will have 30 calendar days to cure the breach. In the event Defendant does not cure an alleged breach and Royalty Rewards is compelled to enforce the terms of this Judgment, Royalty Rewards will be entitled to recover, in addition to statutory costs of litigation, its costs to enforce the terms of this Judgment and any resulting appeal including, without limitation, all reasonable attorney's fees.

FINAL JUDGMENT AND INJUNCTION WITH CONSENT

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

1        IT IS SO ORDERED:

2    Dated: September 22, 2015



3                           UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

4

15-CV-04011

FINAL JUDGMENT AND INJUNCTION WITH CONSENT

1         Entry of the Final Judgment and Injunction on Consent is hereby consented to.

2 Dated:   September 23, 2015        FIREPOWER MARKETING, INC.

3

4                              By _____

                                 Rory Fatt, President

5

6 Dated:  September 22, 2015        LARSON • KING, LLP
                               ROBINSON & WOOD, INC.

7

8                              By _____

9                                Peter J. Gleekel   *(Admitted Pro Hac Vice)*
                               2800 Wells Fargo Place

10                                30 East Seventh Street
                               St. Paul, Minnesota  55101

11                                Telephone:  (651) 312-6500
                               Facsimile:  (651) 312-6618

12                                pgleekel@larsonking.com

13                                Donald P. Gagliardi
                               Robinson & Wood, Inc.

14                                227 N. First Street
                               San Jose, CA  95113

15                                Telephone:  (408) 298-7120
                               dpg@robinsonwood.com

16                                Attorneys for Plaintiff
                               FIREPOWER MARKETING, INC. dba

17                                ROYALTY REWARDS

18

19

20 Dated:  September 21, 2015        VARINODE, INC. fka ROYALNOTE, INC.

21

22                              By _____
                               Ryoma Ito, C.E.O.

23                              Varinode, Inc.
                             598 Cedarville Lane

24                              San Jose, CA  95133
                             _____

25 1482805

26

27

28

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

15-CV-04011

FINAL JUDGMENT AND INJUNCTION WITH CONSENT

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

15-CV-04011

FINAL JUDGMENT AND INJUNCTION WITH CONSENT